Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Krikor J. Meshefejian (SBN 255030)
Levene, Neale, Bender, Yoo & Golubchik .L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Tel: (310) 229-1234
Fax: (310) 229-1244
Email: kjm@lnbyg.com

☐ *Individual appearing without attorney*
☒ *Attorney for:* Chapter 11 Trustee

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

Dedication & Everlasting Love To Animals dba D.E.L.T.A. Rescue

Debtor(s).

CASE NO.: 2:25-bk-13881-NB
CHAPTER: 11

# STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]

DATE: 10/20/2026
TIME: 1:00 pm
COURTROOM: 1545
ADDRESS: 255 East Temple Street
Los Angeles, CA 90012

Secured party(ies): Adriana Duarte Valentines

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| | Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B) | Page No.: | Line No. (if applicable) |
|---|---|---|---|
| ☐ | (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | | |
| ☒ | (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim"<br>☐ Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law<br>☐ Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | 6 of the Motion. | 3 |

| | | | |
|---|---|---|---|
| *Continued from page 1* | | | |
| | ☐ Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | |
| ☐ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay"<br>☐ Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☐ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | |
| ☐ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☐ | (x): "[A] release, waiver, or limitation of any right under § 506(c)"<br>☐ The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☐ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| | **Additional Disclosures Required by LBR 4001-2** | **Page No.:** | **Line No. (if applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

09/29/2026 — Krikor J. Meshefejian — /s/ Krikor J. Meshefejian
*Date* — *Printed Name* — *Signature*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A True And Correct Copy Of The Foregoing Document Entitled **Statement Regarding Cash Collateral Or Debtor In Possession Financing [Frbp 4001; Lbr 4001-2]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ***September 29, 2026*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Keith Berglund keith@berglundgroup.com
- David K Eldan David.Eldan@doj.ca.gov
- Todd A. Frealy (TR) taftrustee@lnbyb.com, taf@trustesolutions.net
- Armen Manasserian armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com
- Ron Maroko ron.maroko@usdoj.gov
- Krikor J Meshefejian kjm@lnbyg.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Welch litigation@enso.law
- Lisa Wong lisa@ml-apc.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **September 29, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
***UST***

☒Service list attached

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 29, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐Service list attached

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 29, 2026 | Kayleen Chang | */s/ Kayleen Chang* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:25-bk-13881-NB<br>Central District of California<br>Los Angeles<br>Tue Sep 29 11:27:03 PDT 2026 | California Department of Tax and Fee Adminis<br>Collections Support Bureau, MIC 29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | City of El Monte, a Municipal Corp<br>Rene Bobadilla Interim City Manager<br>11333 Valley Blvd<br>El Monte, CA 91731-3227 |
| Dedication & Everlasting Love To Animals<br>PO Box 9<br>Glendale, CA 91209-0009 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | (p)OFFICE OF FINANCE CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 |
| Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| AT&T Mobility LLC<br>Attn: Officer<br>1025 Lenix Park Blvd. NE<br>Atlanta, GA 30319-5309 | Acton Fox Feed<br>3542 Gillespie<br>Acton, CA 93510-1938 | Adriana Duarte<br>45853 Ringtree Ave.<br>Lancaster, CA 93534-1465 |
| Adriana Duarte Valentines<br>c/o Armen Manasserian<br>35 Hugus Aly, Suite 210<br>Pasadena, CA 91103-3648 | Airgas USA, LLC<br>PO Box 93500<br>Long Beach, CA 90809-3500 | Ali Azarkish<br>P.O. Box 1548<br>Studio City, CA 91614-0548 |
| American Water Well Service<br>33604 Agua Dulce Cyn. Rd.<br>Santa Clarita, CA 91390-4662 | Andy Gump, Inc.<br>Attn: Nancy Gump Melancon<br>26410 Summit Circle<br>Canyon Country, CA 91350-2991 | Attorney General<br>Charitable Trusts<br>300 S. Spring St.<br>Los Angeles, CA 90013-1230 |
| Barrington Staffing Services<br>PO Box 5089<br>West Hills, CA 91308-5089 | California Dept. Of Tax and Fee Administrati<br>Collection Support Bureau, MIC:29<br>PO BOX 942879<br>Sacramento, CA 94279-0029 | California Dept. of Tax and Fee<br>Adminstration<br>PO Box 942879<br>Sacramento, CA 94279-0001 |
| Christopher Camardello<br>1031 Mendota Heights Road<br>St. Paul, MN 55120-6200 | City of El Monte<br>P.O. Box 7275<br>Newport Beach, CA 92658-7275 | Fermin Rodriguez<br>16281 Vasquez Canyon Rd<br>Canyon Country, CA 91351-1420 |
| HRA Inc<br>35002 Juniper Valley Road<br>Santa Clarita, CA 91390-3446 | Law Offices of William R. Hess<br>1778 S. Shenandoah St<br>Los Angeles, Ca 90035-4325 | Liora Moreh<br>Moreh Law Firm<br>1975 Century Park East, Ste 600<br>Los Angeles, CA 90067 |

Markell Norville
1418 W Kettering St
Lancaster, CA 93534-2231

Patterson Veterinary
PO Box 1418
Loveland, CO 80539-1418

Patterson Veterinary Supply, Inc.
1031 Mendota Heights Road
St. Paul, MN 55120-6201

Quadient Finance USA, Inc.
PO Box 6813
Carol Stream, IL 60197-6813

Red Line Courier Service
28542 Constellation Road
Valencia, CA 91355-5082

Red Seat Ventures
129 W. 29th St.
Room 600N
New York, NY 10001-5758

Roxborough Pomerances Nye
& Adreani, LLP
5900 Canoga Avenue, Suite 450
Woodland Hills, CA 91367-5132

Sequoia Financial
28632 Roadside Dr.
Agoura Hills, CA 91301-6064

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Starlink
Attn: Officer
3953 Jack Northrop Ave.
Hawthorne, CA 90250

Starlink
Attn: Officer
500 Center Ridge Drive
Austin, TX 78753-1032

(p)STATE COMP INS FUND
PO BOX 9102
PLEASANTON CA 94566-9102

State Fund
655 N. Central Ave.
Glendale, CA 91203-1459

Stericycle
28883 Network Place
Chicago, IL 60673-1288

(p)SUBURBAN PROPANE LP
ATTN CREDIT & COLLECTIONS
240 ROUTE 10 WEST
WHIPPANY NJ 07981-2105

The First Digital, Inc.
129 West 29th St., 600N
New York, NY 10001-5758

U.S. Bank, N.A.
Attn: Staci H Pena
26425 Sierra Hwy
Newhall, CA 91321-2122

Verizon Wireless Services, LLC
One Verizon Way
Basking Ridge, NJ 07920-1097

Warren Eckstein's Hugs & Kisses
13157 W. Baker Drive
Peoria, AZ 85383-5418

Waste Management
10910 DAwson Canyon Road
Corona, CA 92883-5020

Waste Management
9081 Tujunga Avenue
San Valley, CA 91352-1516

Wedgewood Village Pharmacy
PO Box 71424
Philadelphia, PA 19176-1424

Zoetis US, LLC
PO Box 419022
Boston, MA 02241-9022

Krikor J Meshefejian
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Michael Jay Berger
The Law Offices of Michael Jay Berger
9454 Wilshire Blvd.
6th Floor
Beverly Hills, CA 90212-2980

Todd A. Frealy (TR)
301 E. Vanderbilt Way, Suite 430
San Bernardino, CA 92408-3512

William R Hess
Law Office of William R. Hess
1778 S. Shenandoah St.
Los Angeles, CA 90035-4325

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

(d)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN: BANKRUPTCY UNIT
PO BOX: 54110
LOS ANGELES, CA 90054-0110

Southern California Edison Company
Attn: Cristina Limon
2244 Walnut Grove Ave.
Rosemead, CA 91770

(d)Southern California Edison Company
P.O. Box 6109
Covina, CA 91722

State Compensation Insurance Fund
PO Box 8192
Pleasanton, CA 94588

Suburban Propane
240 Route 10 West
Whippany, NJ 07981

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Hahn Fife & Company

(u)Jo Ellen Vasquez, C.P.A.

(u)Kaufman Dolowich LLP

(u)U.S. Bank, N.A.

(u)Adriana Duarte Valentines

(u)Charles Leonard

(u)Erica Grillo

(u)John Rustin

(u)Leo Grillo

End of Label Matrix
Mailable recipients 56
Bypassed recipients 10
Total 66