KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: KJM@LNBYG.COM
Counsel to Todd A. Frealy, solely in his capacity as Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DEDICATION & EVERLASTING LOVE TO ANIMALS dba D.E.L.T.A. Rescue,<br><br>Debtor. | Case No.: 2:25-bk-13881-NB<br><br>Chapter 11<br><br>**NOTICE TO PROFESSIONALS REGARDING HEARING FOR THE COURT TO CONSIDER INTERIM FEE AND EXPENSE APPLICATIONS**<br><br>Date: December 8, 2026<br>Time: 1:00 p.m.<br>Place: Courtroom 1545<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that a hearing will be held on December 8, 2026, at 1:00 p.m., for the Court to consider interim applications for approval of fees and reimbursement of expenses of the professionals who have been hired in the chapter 11 bankruptcy case of Dedication & Everlasting Love To Animals dba D.E.L.T.A. Rescue (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to Todd A. Frealy solely in his capacity as Chapter 11 trustee (the "Trustee") of the bankruptcy estate of the Debtor, will be filing and serving a notice (the "Notice") of its

interim application for approval of fees and reimbursement of expenses on or before November 17, 2026. If you wish for LNBYG to include in the Notice the amount of interim fees and expenses that you will be requesting, you must furnish this information to LNBYG, attention Krikor J. Meshefejian, no later than 12:00 p.m. (pacific time) on November 15, 2025. Otherwise, you will be required to file and serve your own notice.

**PLEASE TAKE FURTHER NOTICE** that all interim applications for approval of fees and reimbursement of expenses must comply with Local Bankruptcy Rule 2016-1(a)(1).

Dated: October 23, 2026

TODD A. FREALY, CHAPTER 11 TRUSTEE

By: *__/s/ Krikor J. Meshefejian__*
KRIKOR J. MESHEFEJIAN
LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.
Counsel for Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A True And Correct Copy Of The Foregoing Document Entitled **Notice To Professionals Regarding Hearing For The Court To Consider Interim Fee And Expense Applications** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ***October 23, 2026*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Keith Berglund keith@berglundgroup.com
- David K Eldan David.Eldan@doj.ca.gov
- Todd A. Frealy (TR) taftrustee@lnbyb.com, taf@trustesolutions.net
- Armen Manasserian armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com
- Ron Maroko ron.maroko@usdoj.gov
- Krikor J Meshefejian kjm@lnbyg.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Welch litigation@enso.law
- Lisa Wong lisa@ml-apc.com

**2. SERVED BY UNITED STATES MAIL**: On **October 23, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Dedication & Everlasting Love To Animals**
PO Box 9
Glendale, CA 91209

**William R Hess Law Offices**
**William R Hess**
1778 S Shenandoah St
Los Angeles, CA 90035-4325

**Donald T. Fife, CPA**
Hahn Fife & Company, LLP
1055 East Colorado Blvd., 5th Floor
Pasadena, CA 91106

J**o Ellen Vasquez, CPA**
43334 Shady Hollow Lane
Lancaster, CA 93536

**Kaufman Dolowich LLP**
**Attn: Michael Wilk**
11111 Santa Monica Blvd., Suite 850
Los Angeles, CA 90025

☐ Service list attached

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 23, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service list attached

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 23, 2026 | Kayleen Chang | */s/ Kayleen Chang* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |