KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: KJM@LNBYG.COM

Counsel to Todd A. Frealy, solely in his capacity as Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>DEDICATION & EVERLASTING LOVE TO ANIMALS dba D.E.L.T.A. Rescue,<br><br>Debtor. | Case No.: 2:25-bk-13881-NB<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF:**<br><br>**NOTICE OF HEARING ON INTERIM FEE APPLICATIONS OF PROFESSIONALS AND THE CHAPTER 11 TRUSTEE (DKT.276)** |

Please take notice that Levene, Neale, Bender, Yoo, & Golubchik LLP hereby withdraws its *Notice Of Hearing On Interim Fee Applications Of Professionals And The Chapter 11 Trustee* (Dkt. 276).

Dated: November 17, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Krikor J. Meshefejian*
KRIKOR J. MESHEFEJIAN
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
Counsel for Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A True And Correct Copy Of The Foregoing Document Entitled **Notice Of Withdrawal Of: Notice Of Hearing On Interim Fee Applications Of Professionals And The Chapter 11 Trustee (Dkt.276)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ***November 17, 2026*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Keith Berglund keith@berglundgroup.com
- David K Eldan David.Eldan@doj.ca.gov
- Todd A. Frealy (TR) taftrustee@lnbyb.com, taf@trustesolutions.net
- Armen Manasserian armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com
- Ron Maroko ron.maroko@usdoj.gov
- Krikor J Meshefejian kjm@lnbyg.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Welch litigation@enso.law
- Lisa Wong lisa@ml-apc.com

**2. SERVED BY UNITED STATES MAIL**: On **November 17, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 17, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service list attached

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 17, 2026 | Kayleen Chang | */s/ Kayleen Chang* |
| *Date* | *Printed Name* | *Signature* |