KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: KJM@LNBYG.COM
Counsel to Todd A. Frealy, solely in his capacity as Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DEDICATION & EVERLASTING LOVE TO ANIMALS dba D.E.L.T.A. Rescue,<br><br>Debtor. | Case No.: 2:25-bk-13881-NB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON INTERIM FEE APPLICATIONS OF PROFESSIONALS AND THE CHAPTER 11 TRUSTEE**<br><br>Date: December 8, 2026<br>Time: 1:00 p.m.<br>Place: Courtroom 1545<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that a hearing will be held on December 8, 2026, at 1:00 p.m., for the Bankruptcy Court to consider the applications for allowance of fees and reimbursement of expenses (the "Fee Applications") of: (1) Levene, Neale, Bender, Yoo & Golubchk L.L.P. ("LNBYG"), bankruptcy counsel to Todd A. Frealy solely in his capacity as Chapter 11 trustee (the "Trustee") of the bankruptcy estate of debtor Dedication & Everlasting Love To Animals dba D.E.L.T.A. Rescue (the "Debtor"); (2) Hahn Fife & Company, LLP ("Fife") as certified public accountant to the Trustee; and (3) the Trustee.

**PLEASE TAKE FURTHER NOTICE** that the Fee Applications are on file with the Bankruptcy Court and copies of the Fee Applications may be obtained by sending a written or email request for a copy to Krikor J. Meshefejian, Esq., Levene, Neale, Bender Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, CA 90034; Tel: (310) 229-1234; Email: KJM@LNBYG.COM.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Fee Applications must be made in writing and filed with the Bankruptcy Court and be served on the United States Trustee and counsel for the Trustee at the address set forth in the upper left-hand corner of the first page of this Notice by no later than fourteen (14) days prior to the hearing on the Fee Applications, i.e., November 24, 2026.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court may deem the failure of any creditor or party in interest to file and serve a timely objection to the Fee Applications to constitute consent to the granting of allowance, approval and payment of the fees and expenses requested by the applicants in the Fee Applications.

**Summaries of the Fee Applications**

**1. Fee Application of LNBYG**

LNBYG was retained as the Trustee's general bankruptcy counsel, effective on May 16, 2025. LNBYG's Fee Application is LNBYG's second interim request for Court approval of fees and expenses.

LNBYG's Fee Application covers the period of November 1, 2025 through and including October 31, 2026 (the "LNBYG Covered Period"). During the LNBYG Covered Period, LNBYG billed 220.7 hours and incurred fees in the amount of $166,015.00, and expenses in the amount of $9,209.21, for total fees and expenses of $175,224.21. Pursuant to LNBYG's Fee Application, LNBYG is requesting Court approval, on an interim basis, of its fees and expenses incurred during the LNBYG Covered Period and payment from the Debtor's bankruptcy estate/the cash in the possession of the Trustee of LNBYG's outstanding and allowed fees and expenses. Additionally, LNBYG is seeking approval and payment of expenses it incurred during the period covered by LNBYG's first interim fee application but which were not previously requested, in the total amount of $3,296.60.

**2. Fee Application of Fife**

Fife was retained as the Trustee's certified public accountant, effective on May 17, 2025. Fife's Fee Application is Fife's first interim request for Court approval of fees and expenses.

Fife's Fee Application covers the period of May 17, 2025 through and including November 15, 2026 (the "Fife Covered Period"). During the Fife Covered Period, Fife incurred fees in the amount of $69,533.00, and expenses in the amount of $755.70, for total fees and expenses of $70,288.70. Pursuant to Fife's Fee Application, Fife is request Court approval, on an interim basis, of its fees and expenses incurred during the Fife Covered Period and payment from the Debtor's bankruptcy estate/the cash in the possession of the Trustee of Fife's outstanding and allowed fees and expenses.

**3. Fee Application of the Trustee**

The Trustee's Fee Application is his second interim request for Court approval of fees and costs, for services rendered and expenses incurred during the period of November 1, 2025 through October 31, 2026, and fees of $35,106 that were incurred but remain unpaid from the period from May 16, 2025 through and including October 31, 2025. By the Trustee's Fee Application, the Trustee requests approval and payment of fees of $263,296, and approval and payment of costs of $1,556.57.

Dated: November 17, 2026

LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.

By: */s/ Krikor J. Meshefejian*
KRIKOR J. MESHEFEJIAN
LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.
Counsel for Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A True And Correct Copy Of The Foregoing Document Entitled **Second Interim Application Of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval Of Fees And Reimbursement Of Expenses Incurred As General Bankruptcy Counsel To Chapter 11 Trustee; Declaration Of Krikor J. Meshefejian In Support Thereof** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ***November 17, 2026*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Keith Berglund keith@berglundgroup.com
- David K Eldan David.Eldan@doj.ca.gov
- Todd A. Frealy (TR) taftrustee@lnbyb.com, taf@trustesolutions.net
- Armen Manasserian armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com
- Ron Maroko ron.maroko@usdoj.gov
- Krikor J Meshefejian kjm@lnbyg.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- David Welch litigation@enso.law
- Lisa Wong lisa@ml-apc.com

**2. SERVED BY UNITED STATES MAIL**: On **November 17, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Dedication & Everlasting Love To Animals
PO Box 9
Glendale, CA 91209

☒Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 17, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐Service list attached

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 17, 2026 | Kayleen Chang | /s/ Kayleen Chang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-2
Case 2:25-bk-13881-NB
Central District of California
Los Angeles
Tue Nov 17 13:35:07 PST 2026

California Department of Tax and Fee Adminis
Collections Support Bureau, MIC 29
PO Box 942879
Sacramento, CA 94279-0029

City of El Monte, a Municipal Corp
Rene Bobadilla Interim City Manager
11333 Valley Blvd
El Monte, CA 91731-3227

Dedication & Everlasting Love To Animals
PO Box 9
Glendale, CA 91209-0009

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AT&T Mobility LLC
Attn: Officer
1025 Lenix Park Blvd. NE
Atlanta, GA 30319-5309

Acton Fox Feed
3542 Gillespie
Acton, CA 93510-1938

Adriana Duarte
45853 Ringtree Ave.
Lancaster, CA 93534-1465

Adriana Duarte Valentines
c/o Armen Manasserian
35 Hugus Aly, Suite 210
Pasadena, CA 91103-3648

Airgas USA, LLC
PO Box 93500
Long Beach, CA 90809-3500

Ali Azarkish
P.O. Box 1548
Studio City, CA 91614-0548

American Water Well Service
33604 Agua Dulce Cyn. Rd.
Santa Clarita, CA 91390-4662

Andy Gump, Inc.
Attn: Nancy Gump Melancon
26410 Summit Circle
Canyon Country, CA 91350-2991

Attorney General
Charitable Trusts
300 S. Spring St.
Los Angeles, CA 90013-1230

Barrington Staffing Services
PO Box 5089
West Hills, CA 91308-5089

California Dept. Of Tax and Fee Administrati
Collection Support Bureau, MIC:29
PO BOX 942879
Sacramento, CA 94279-0029

California Dept. of Tax and Fee
Adminstration
PO Box 942879
Sacramento, CA 94279-0001

Christopher Camardello
1031 Mendota Heights Road
St. Paul, MN 55120-6200

City of El Monte
P.O. Box 7275
Newport Beach, CA 92658-7275

Fermin Rodriguez
16281 Vasquez Canyon Rd
Canyon Country, CA 91351-1420

HRA Inc
35002 Juniper Valley Road
Santa Clarita, CA 91390-3446

Law Offices of William R. Hess
1778 S. Shenandoah St
Los Angeles, Ca 90035-4325

Liora Moreh
Moreh Law Firm
1975 Century Park East, Ste 600
Los Angeles, CA 90067

Markell Norville
1418 W Kettering St
Lancaster, CA 93534-2231

Patterson Veterinary
PO Box 1418
Loveland, CO 80539-1418

Patterson Veterinary Supply, Inc.
1031 Mendota Heights Road
St. Paul, MN 55120-6201

Quadient Finance USA, Inc.
PO Box 6813
Carol Stream, IL 60197-6813

Red Line Courier Service
28542 Constellation Road
Valencia, CA 91355-5082

Red Seat Ventures
129 W. 29th St.
Room 600N
New York, NY 10001-5758

Roxborough Pomerances Nye
& Adreani, LLP
5900 Canoga Avenue, Suite 450
Woodland Hills, CA 91367-5132

Sequoia Financial
28632 Roadside Dr.
Agoura Hills, CA 91301-6064

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Starlink
Attn: Officer
3953 Jack Northrop Ave.
Hawthorne, CA 90250

Starlink
Attn: Officer
500 Center Ridge Drive
Austin, TX 78753-1032

(p)STATE COMP INS FUND
PO BOX 9102
PLEASANTON CA 94566-9102

State Fund
655 N. Central Ave.
Glendale, CA 91203-1459

Stericycle
28883 Network Place
Chicago, IL 60673-1288

(p)SUBURBAN PROPANE LP
ATTN CREDIT & COLLECTIONS
240 ROUTE 10 WEST
WHIPPANY NJ 07981-2105

The First Digital, Inc.
129 West 29th St., 600N
New York, NY 10001-5758

U.S. Bank, N.A.
Attn: Staci H Pena
26425 Sierra Hwy
Newhall, CA 91321-2122

Verizon Wireless Services, LLC
One Verizon Way
Basking Ridge, NJ 07920-1097

Warren Eckstein's Hugs & Kisses
13157 W. Baker Drive
Peoria, AZ 85383-5418

Waste Management
10910 DAwson Canyon Road
Corona, CA 92883-5020

Waste Management
9081 Tujunga Avenue
San Valley, CA 91352-1516

Wedgewood Village Pharmacy
PO Box 71424
Philadelphia, PA 19176-1424

Zoetis US, LLC
PO Box 419022
Boston, MA 02241-9022

Krikor J Meshefejian
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Michael Jay Berger
The Law Offices of Michael Jay Berger
9454 Wilshire Blvd.
6th Floor
Beverly Hills, CA 90212-2980

Todd A. Frealy (TR)
301 E. Vanderbilt Way, Suite 430
San Bernardino, CA 92408-3512

William R Hess
Law Office of William R. Hess
1778 S. Shenandoah St.
Los Angeles, CA 90035-4325

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

(d)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN: BANKRUPTCY UNIT
PO BOX: 54110
LOS ANGELES, CA 90054-0110

Southern California Edison Company
Attn: Cristina Limon
2244 Walnut Grove Ave.
Rosemead, CA 91770

(d)Southern California Edison Company
P.O. Box 6109
Covina, CA 91722

State Compensation Insurance Fund
PO Box 8192
Pleasanton, CA 94588

Suburban Propane
240 Route 10 West
Whippany, NJ 07981

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Hahn Fife & Company

(u)Jo Ellen Vasquez, C.P.A.

(u)Kaufman Dolowich LLP

(u)U.S. Bank, N.A.

(u)Adriana Duarte Valentines

(u)Charles Leonard

(u)Erica Grillo

(u)John Rustin

(u)Leo Grillo

End of Label Matrix
Mailable recipients 56
Bypassed recipients 10
Total 66